**Order entered December 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01551-CV

### WARREN CHEN AND DYNACOLOR, INC., Appellants

### V.

### RAZBERI TECHNOLOGIES, INC., THOMAS J. GALVIN, LIVEOAK VENTURES PARTNERS 1A, L.P., KENNETH L. AND VIRGINIA T. BOYDA, AS TRUSTEES OF THE BOYDA FAMILY, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16568**

### ORDER
Before Justices Whitehill, Schenck, and Browning

Before the Court is appellants' November 11, 2020 motion for rehearing.

To date appellees have not filed a response. The Court requests appellees file their

responses, if any, no later than **3:00 p.m. on December 31, 2020.**


/s/     DAVID J. SCHENCK
        JUSTICE